IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALBERT GENE LUDLOW, JR., § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. H-06-1419 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Respondent. § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on JULY 26, 2007.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2006\06-1419.b01